# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-7105**

**September Term, 2024**

**1:24-cv-01396-UNA**

**Filed On:** November 12, 2024

May Chen,

      Appellant

      v.

District of Columbia, et al.,

      Appellees


**ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**BEFORE:**    Henderson, Pillard, and Walker, Circuit Judges

## J U D G M E N T

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief and appendix filed by appellant. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). Upon consideration of the foregoing and the motion to consolidate, it is

**ORDERED AND ADJUDGED** that the district court's May 28, 2024 order be affirmed on the ground that appellant's complaint did not meet the minimum pleading requirements of Federal Rule of Civil Procedure 8(a). See Fed. R. Civ. P. 8(a); see also Chambers v. Burwell, 824 F.3d 141, 143 (D.C. Cir. 2017) ("[W]e may affirm the district court on any ground supported by the record."). Appellant's complaint did not set forth "a short and plain statement of the claim showing that the pleader is entitled to relief," which is required in order to "give the defendant fair notice of what the . . . claim is and the grounds upon which it rests." Bell Atlantic Corp. v. Twombly, 550 U.S. 544, 555 (2007) (alteration in original). It is

**FURTHER ORDERED** that the motion to consolidate be dismissed as moot.

# United States Court of Appeals

_____

**No. 24-7105**                                        **September Term, 2024**


Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc.  See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.


**Per Curiam**


**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
Daniel J. Reidy
Deputy Clerk